No. 31, October Term, 1948. LARSON, WAR ASSETS ADMINISTRATOR AND SURPLUS PROPERTY ADMINISTRATOR, *v.* DOMESTIC & FOREIGN COMMERCE CORP., 337 U. S. 682. The petition for rehearing and alternative motion to amend the judgment and mandate are denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 84, October Term, 1948. COMMISSIONER OF INTERNAL REVENUE *v.* WODEHOUSE, 337 U. S. 369. Rehearing denied. MR. JUSTICE DOUGLAS and MR. JUSTICE CLARK took no part in the consideration or decision of this application.